# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF TENNESSEE
# CHATTANOOGA DIVISION

JASON VANHOOSE, et al.,
on behalf of themselves
and others similarly situated,

       Plaintiffs,

v.

WAUPACA FOUNDRY, INC.,

       Defendant.

Case No. 1:17-cv-248-TRM-SKL

MICHAEL SARRELL, et al.,
on behalf of themselves
and others similarly situated,

       Plaintiffs,

v.

WAUPACA FOUNDRY, INC.,

       Defendant.

Case No. 1:17-cv-00056-TRM-SKL

## JOINT MOTION FOR APPROVAL OF INDIVIDUAL SETTLEMENT AGREEMENT

Opt-in Plaintiff Abel Townsend ("Plaintiff Townsend") and Defendant Waupaca Foundry, Inc. ("Waupaca" or "Defendant") (collectively referred to as "the Parties") jointly move for an Order approving the settlement agreement reached by the Parties that resolves Townsend's individual wage claims against Waupaca in Case No. 1:17-cv-00056-TRM-SKL. As grounds for their motion, the Parties state as follows:

1

1. Plaintiff Townsend is a former employee of Defendant's who worked at Defendant's Pennsylvania foundry facility (previously known as Hitachi Metals Automotive Components USA, LLC ("HMAC"));

2. *Sarrell, et al. v. Waupaca Foundry, Inc.,* pending in this Court, Case No. 17-cv-56, is a Fair Labor Standards Act ("FLSA") putative collective action against Defendant filed by Named Plaintiff, Michael Sarrell, and on behalf of other allegedly similarly situated workers who wore personal protective equipment and/or showered while working as employees for Defendant during the time period from February 28, 2014 to the date of this Agreement;

3. Plaintiffs in *Sarrell* allege that Waupaca failed to pay them for donning, doffing, and showering activities, and other time, and therefore wrongfully deprived them of back wages and overtime pay under the FLSA;

4. Plaintiff Townsend opted in to the *Sarrell* case on June 26, 2017 (Dkt. #31);

5. The *Sarrell* case has since been consolidated by this Court into *Vanhoose, et al. v. Waupaca Foundry, Inc.*, also pending in the United States District Court for the Eastern District of Tennessee, Case No. 17-cv-248, and the Plaintiffs in *Vanhoose* are making claims similar to the claims made by the *Sarrell* Plaintiffs;

6. Plaintiffs, including Townsend, assert claims under the FLSA for back wages, including alleged unpaid overtime compensation, liquidated damages, attorneys' fees and costs.

7. Defendant denies that Plaintiff Townsend or any other former or current employee is entitled to any overtime compensation, back wages, liquidated damages, attorneys' fees or costs, or any other damages, and further denies it has violated the FLSA or any state laws in any manner;

2

4847-3223-4602.1

Case 1:17-cv-00056-TRM-SKL   Document 152   Filed 06/18/18   Page 2 of 7   PageID #: 1109

8. Plaintiff Townsend is the only employee, current or former, who worked at the Defendant's Pennsylvania facility who chose to opt-in to the *Sarrell* action, and because of his unique status in this action, including his status as a former union employee, the Parties wish to resolve Plaintiff Townsend's wage claims independent of the claims of the other Plaintiffs in the *Sarrell* and *Vanhoose* litigation;

9. In an effort to avoid expenses associated with the continued litigation of Townsend's action and any appeal or post-verdict motions that may be filed, the Parties have reached an agreement resolving Plaintiff Townsend's claims and have memorialized the agreement in a document ("the Agreement") being filed contemporaneously with this motion (Attachment #1).

10. Taking into consideration the respective risks to the Parties on the alleged liability at issue, as well as the small amount of overtime hours Plaintiff Townsend claims he worked but was not paid for during the period relevant to this lawsuit, the Parties have entered into the Agreement and collectively assert that it represents a fair and equitable resolution of the disputed claims.

11. This Agreement is entered into for the sole purpose of concluding all disputes, pled or not pled, between the Plaintiff Townsend and Defendant Waupaca Foundry, Inc., including its predecessor HMAC. Neither this Agreement nor its contents is an admission of any liability by the Defendant, and Defendant expressly denies any and all liability in this matter.

12. For these reasons, the Parties jointly request the Court enter the Proposed Order, submitted herewith, approving the Agreement and finding the Agreement is a fair, equitable and reasonable resolution of the disputed claims, and dismissing Townsend's action with prejudice, with each party to pay their own costs and fees incurred.

Dated: June 18, 2018

                        Respectfully Submitted:


                        */s/ Gordon E. Jackson*
Gordon E. Jackson
James L. Holt, Jr.
J. Russ Bryant
Paula R. Jackson
JACKSON, SHIELDS, YEISER & HOLT
262 German Oak Drive
Memphis, TN 38018
Tel: (901) 754-8001
Fax: (901) 754-8524
gjackson@jsyc.com
jholt@jsyc.com
rbryant@jsyc.com
pjackson@jsyc.com

*Attorneys for Plaintiffs*

David W. Garrison (24968)
Seth M. Hyatt (31171)
BARRETT JOHNSTON MARTIN & GARRISON, LLC
Bank of America Plaza
414 Union Street, Suite 900
Nashville, TN 37219
Tel: (615) 244-2202
Fax: (615) 252-3798
dgarrison@barrettjohnston.com
shyatt@barrettjohnston.com

*Attorneys for Plaintiffs*

T. Joseph Snodgrass (admitted pro hac)
Kelly Lelo (admitted pro hac)
LARSON • KING, LLP
2800 Wells Fargo Place
30 E. 7th Street
St. Paul, MN 55101
Tel: (651) 312-6500
Fax: (651) 312-6618

4

jsnodgrass@larsonking.com
klelo@larsonking.com

*Attorneys for Plaintiffs*

John Gordon Rudd, Jr.
ZIMMERMAN REED, PLLP
1100 IDS Center
80 S. 8th Street
Minneapolis, MN 55402
Telephone: 612-341-0400
gordon.rudd@zimmreed.com

*Attorneys for Plaintiffs*


*/s/ E. Todd Presnell*
Paul E. Benson
Mitchell W. Quick
Joseph L. Olson
Benjamin A. Kaplan
MICHAEL BEST & FRIEDRICH LLP
100 East Wisconsin Avenue, Suite 3300
Milwaukee, WI 53202
Tel: (414) 271-6560
Fax: (414) 277-0656
pebenson@michaelbest.com
mwquick@michaelbest.com
jlolson@michaelbest.com
bakaplan@michaelbest.com

*Attorneys for Defendant Waupaca Foundry, Inc.*

E. Todd Presnell (17521)
BRADLEY ARANT BOULT CUMMINGS LLP
Roundabout Plaza,
1600 Division Street, Suite 700
Nashville, TN 37203
Tel: (615) 252-2355
Fax: (615) 252-6355
tpresnell@babc.com

*Attorneys for Defendant Waupaca Foundry, Inc.*

**CERTIFICATE OF SERVICE**

I hereby certify that a true and exact copy of the foregoing *Joint Motion For Approval of Individual Settlement Agreement and Proposed Order* for the same have been served on the following via the Court's ECF filing system on June 18, 2018:

| | |
|---|---|
| E. Todd Presnell<br>BRADLEY ARANT BOULT CUMMINGS LLP<br>Roundabout Plaza,<br>1600 Division Street, Suite 700<br>Nashville, TN 37203<br>Tel: (615) 252-2355<br>Fax: (615) 252-6355<br>tpresnell@babc.com<br><br>*Attorneys for Defendant*<br><br>Gordon E. Jackson<br>James L. Holt, Jr.<br>J. Russ Bryant<br>Paula R. Jackson<br>JACKSON, SHIELDS, YEISER & HOLT<br>262 German Oak Drive<br>Memphis, TN 38018<br>Tel: (901) 754-8001<br>Fax: (901) 754-8524<br>gjackson@jsyc.com<br>jholt@jsyc.com<br>rbryant@jsyc.com<br>pjackson@jsyc.com<br><br>*Attorneys for Sarrell Plaintiffs* | Paul E. Benson<br>Mitchell W. Quick<br>Joseph L. Olson<br>MICHAEL BEST & FRIEDRICH LLP<br>100 East Wisconsin Avenue, Suite 3300<br>Milwaukee, WI 53202<br>Tel: (414) 271-6560<br>Fax: (414) 277-0656<br>pebenson@michaelbest.com<br>mwquick@michaelbest.com<br>jlolson@michaelbest.com<br><br>*Attorneys for Defendant*<br><br>David W. Garrison (24968)<br>Seth M. Hyatt (31171)<br>BARRETT JOHNSTON MARTIN & GARRISON, LLC<br>Bank of America Plaza<br>414 Union Street, Suite 900<br>Nashville, TN 37219<br>Tel: (615) 244-2202<br>Fax: (615) 252-3798<br>dgarrison@barrettjohnston.com<br>shyatt@barrettjohnston.com<br><br>*Attorneys for Plaintiffs* |

| | |
|---|---|
| John Gordon Rudd, Jr.<br>ZIMMERMAN REED, PLLP<br>1100 IDS Center<br>80 S. 8th Street<br>Minneapolis, MN 55402<br>Telephone: 612-341-0400<br>gordon.rudd@zimmreed.com<br><br>*Attorneys for Plaintiffs* | T. Joseph Snodgrass (admitted pro hac)<br>Kelly Lelo (admitted pro hac)<br>LARSON • KING, LLP<br>2800 Wells Fargo Place<br>30 E. 7th Street<br>St. Paul, MN 55101<br>Tel: (651) 312-6500<br>Fax: (651) 312-6618<br>jsnodgrass@larsonking.com<br>klelo@larsonking.com<br>*Attorneys for Plaintiffs* |

*E. Todd Presnell*
E. Todd Presnell